UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
1917 Brown Street
Philadelphia, PA 19130
267-909-9036

In Re:

Schmid Datus and Melkeitha Datus, Debtor

**Order Filed on March 29, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: _____ 14-21447-VFP _____

Chapter: _____ 13 _____

Judge: _____ Michael B. Kaplan _____

# ORDER GRANTING APPLICATION FOR
# PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is **ORDERED**.

**DATED: March 29, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

On  March 7, 2022                                    , an application was filed for the

Claimant(s),  Dilks & Knopik, LLC as assignee to PSE&G          , for payment of unclaimed funds

deposited with the court pursuant to 11 U.S.C. § 347(a).  The application and supporting

documentation establish that the Claimant(s) is entitled to the unclaimed funds; accordingly, it is

hereby

ORDERED that pursuant to 28 U.S.C. § 2042, the sum of $ 477.55                    held in

unclaimed funds be made payable to  Dilks & Knopik, LLC

and be disbursed to the payee at the following address:

Dilks & Knopik, LLC

35308 SE Center Street

Snoqualmie WA 98065

The Clerk will disburse these funds not earlier than 14 days after entry of this Order; and it is further

ORDERED that in order to receive payment, the Claimant must provide the Court with the Claimant's

tax identification number (TIN) on a form completed and signed by the Claimant to whom funds are being

distributed according to the requirements below.  This document must include the bankruptcy case number and

should be sent to the Court at either of the following addresses:

unclaimedfunds@njb.uscourts.gov

or:

United States Bankruptcy Court
Martin Luther King, Jr. Federal Bldg.
**Attention: Financial Department**
50 Walnut Street
P.O. Box 1352 Newark, NJ 07102

a.    **Domestic Claimant** - A Claimant who is a U.S. person  must submit either:

1)    Court Form AO-213P (available on the Court's website); or

2)    IRS Form W-9 (accessible by searching on the Internal Revenue Service (IRS) website
at: https://www.irs.gov/).

**NOTE:** If a claimant desires payment via Electronic Funds Transfer (EFT), then Court Form AO-213P must be used.

b.    **Foreign Claimant**  - A foreign claimant must submit both:

1)  IRS Form W-8 (accessible by searching on the IRS website at: https://www.irs.gov/); and

2)  Court Form AO-215 (available on the Court's website).

*rev. 11/12/21*

2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 14-21447-VFP

Schmid Datus                                                                            Chapter 13

Melkeitha Datus

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 29, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | Schmid Datus, Melkeitha Datus, 6 Tulip Drive, Apt 2D, Fords, NJ 08863-1155 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2022                                    Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor HUDSON CITY SAVINGS BANK  FSB dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jason Brett Schwartz | on behalf of Creditor Dilks & Knopik  LLC jschwartz@mesterschwartz.com |
| Joshua I. Goldman | on behalf of Creditor HUDSON CITY SAVINGS BANK  FSB josh.goldman@padgettlawgroup.com, bkgroup@kmllawgroup.com |
| Joshua I. Goldman | on behalf of Creditor BANK OF AMERICA  N.A. josh.goldman@padgettlawgroup.com, bkgroup@kmllawgroup.com |

District/off: 0312-2                              User: admin                                    Page 2 of 2
Date Rcvd: Mar 29, 2022                          Form ID: pdf903                              Total Noticed: 1

Justin M Gillman
                          on behalf of Joint Debtor Melkeitha Datus ecf@gbclawgroup.com
                          R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com

Justin M Gillman
                          on behalf of Debtor Schmid Datus ecf@gbclawgroup.com
                          R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com

Marie-Ann Greenberg
                          magecf@magtrustee.com


TOTAL: 7